IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,    )<br>                              )<br>   vs.                        )<br>                              )<br> CONWAY T. PERRY,             )<br>                              )<br>         Defendant.   )  | Case No. 8:12CR185<br><br><br>ORDER |

This matter is before the court on the defendant's Motion to Continue to File Objections to Magistrate Judge's Findings and Recommendations and Motion to File Rule 12 Motions Out of Time (#38). Defendant's jury trial currently set for October 9, 2012 is continued and will be reset at a later time.

Defendant's motion is granted in part, and he is given until October 10, 2012 to file a brief in support of his Pre-Trial Directions (nee, Motions) (#32). The government is given until October 18, 2012 to file responsive pleadings.

**IT IS ORDERED:**

1. Defendant's jury trial currently set for October 9, 2012 is continued until further order of the court.

2. I find the defendant in filing (#38) waived his right to speedy trial. Defendant's request as granted by the court outweigh the best interests of the public and the defendant's speedy trial rights. All time between September 18, 2012 and the court's final ruling on Motion (#32), is excluded from Speedy Trial computation.

     3.  Defendant is given until October 10, 2012 to file a brief in support of his Pre-Trial Directions (nee Motions) (#32), and the government is given until October 18, 2012 to file a responsive pleading.

     4.  The motion is denied in all other respects.

     5.  The clerk of the court shall send a copy of this order to the defendant at his last known address.

     Dated this 1st day of October 2012.

                          BY THE COURT:

                          S/ F.A. Gossett, III
                          United States Magistrate Judge