IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CONWAY T. PERRY,<br><br>      Defendant. | 8:12CR185<br><br>MEMORANDUM AND ORDER |

  Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 33).  No objections have been filed.  Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation.

  IT IS ORDERED:

  1. The Magistrate Judge's Findings and Recommendation (Filing No. 33) are adopted in their entirety; and

  2. The Defendant's Pre-Trial Direction (nee Motions) (Filing No. 32) is denied, in accordance with the Findings and Recommendation.

  Dated this 16th day of October, 2012.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge