IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:12CR185** |
| vs. | ) | |
| | ) | ORDER |
| **CONWAY T. PERRY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter is before the court on the government's Motion for Continuance of Trial and Motion for Findings Pursuant to the Speedy Trial Act [46] due to the unavailability of an essential witness to testify. For good cause shown, the motion shall be granted.

      **IT IS ORDERED** that the motion to continue trial is granted, as follows:

   1. The jury trial now set for November 6, 2012 is continued to **January 22, 2013.**

   2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

   **DATED November 1, 2012.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**