IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| CONWAY T. PERRY, JR., | 8:12CR185 |
| Defendant, | |
| and | |
| BISH'S RV, INC., | |
| Garnishee. | |

## ORDER TO RELEASE GARNISHMENT

This matter is before this Court on Plaintiff's Motion for an order releasing the garnishment against Bish's RV, Inc., located at 1200 N. Main, Box 160, Meridian, ID 83680.

IT IS HEREBY ORDERED that the garnishment against Bish's RV, Inc. is released.

DATED this 20th day of October, 2022

BY THE COURT:

Michael D. Nelson
United States Magistrate Court Judge